United States Courts
Southern District of Texas
FILED
SEP 21 2016
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANITA S. ADAMS,<br>PETITIONER.<br><br>VERSUS<br><br>ENERGY TRANSFER PARTNERS,<br>REGISTERED AGENT ID:<br>CORPORATION SERVICE COMPANY<br>D/B/A/ CSC LAWYERS INCORPORATING<br>SERVCE COMPANY AND STRIPES<br>CONVENIENCE STORES, LLC<br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>2:16cv400 |

## ORIGINAL COMPLAINT

This Court has jurisdiction to resolve this matter pursuant to Title 28, United States Code, Section 1331. 28 U.S.C. § 1331 specifically states "[t]he district courts shall have original jurisdiction of all civil actions arising under the . . . laws . . . of the United States." *See Also Bell v. Hood*, 327 U.S. 678, 681-685 (1946); *Valenzuela v. Kraft*, 739 F.2d 434 (9th Cir. 1984) ("Title VII claims are within federal courts exclusive jurisdiction."). In *Bell*, at 681-684, the Supreme Court held that "[a] plaintiff properly invokes § 1331 jurisdiction when she pleads a colorable claim that arises under the U.S. Constitution." Federal jurisdiction therefore attaches here.

I submit that Energy Transfer Partners, Registered Agent ID: Corporation Service Company, dba CSC Lawyers Incorporating Service Company and Stripes Convenience Stores, LLC, violated Title VII of the Civil Rights Act of 1964, when they wrongfully and without just cause, terminated Plaintiff, Anita S. Adams, from employment.

Plaintiff was terminated for being a supervisor who adhered to the guidelines of the company's handbook; refused to fraternize with employees; was a whistle-blower concerning numerous payroll indiscretions; and who questioned reconciliation procedures that did not appear forthcoming with true numbers. Plaintiff was employed as Supervisor of Reconciliation and Document Imaging in the Retail Accounting Department. Plaintiff's sworn affidavit, which has been memorialized on EEOC form 133, provides additional details supporting Plaintiff's claim..

RELIEF SOUGHT: $1,758,599.00 (Lost Wages; Lost Benefit' Severance; Emotional Stress; Punitive Damages; and Attorney Fees.

## CERTIFICATE OF SERVICE

I Anita S. Adams on this 9th day of September 2016 certify that I have caused a true and correct copy of the attached documents to be served on Energy Transfer Partners DBA Stripes Convenience Stores through the Clerk of the Courts, by submitting the documents to the Federal Court house in Corpus Christi, Texas.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION
1133 N. Shoreline Blvd
Corpus Christi, Texas 78401
(361) 888-3142

ENERGY TRANSFER PARTNERS DBA STRIPES CONVENIENCE STORES
Corporation Service Company
d/b/a CSC LAWYERS INCORPORATING SERVICE COMPANY
211 E. 7TH STRRET STE 620
AUSTIN, TEXAS 78701

ANITA S. ADAMS
614 SAN PATRICIO AVE
TAFT, TEXAS 78390 361-815-8724

Respectfully submitted,

Anita S. Adams

Anita S. Adams