United States District Court
Southern District of Texas
**ENTERED**
December 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANITA S ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-400 |
| | § | |
| STRIPES, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to the parties' Joint Motion to Dismiss (D.E. 41), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 5th day of December, 2019.

Nelva Gonzales Ramos

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE